**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 28 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01111-ZLW

EUGENE NAVARRO, JR.,

     Applicant,

v.

RON LEYBA, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

     Respondents.

---

### MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

     This matter is before the Court on the document titled "Respondent [sic] to Order and Judgement [sic] of Dismissal" submitted by Plaintiff Eugene Navarro, Jr., and filed by the Court on September 27, 2005. In the document, Mr. Navarro asks the Court to stay this case until he has exhausted state remedies. The request is DENIED as moot. This case was dismissed on September 20, 2005.

Dated: September 28, 2005

---

Copies of this Minute Order mailed on September 28, 2005, to the following:

Eugenio Navarro
Prisoner No. 83708
Arkansas Valley Corr. Facility
PO Box 1000 – Unit 2
Crowley, CO 81034

_____
Secretary/Deputy Clerk