IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT

OCT - 5 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01111-ZLW

EUGENE NAVARRO, JR.,

    Applicant,

v.

RON LEYBA, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This matter is before the Court on the document titled "Consolidate rehearing of motion, Order and Judgement [sic] of dismissal" submitted by Plaintiff Eugene Navarro, Jr., and filed by the Court on October 3, 2005. In the document, Mr. Navarro alleges that he has exhausted state remedies and seeks to proceed with the instant action. Mr. Navarro fails to understand that he is required to exhaust state remedies before he initiates an action, not while the action is pending or after it has been dismissed. This case was dismissed on September 20, 2005. The request is DENIED as moot.

Dated: October 5, 2005

---

Copies of this Minute Order mailed on October 5, 2005, to the following:

Eugenio Navarro
Prisoner No. 83708
Arkansas Valley Corr. Facility
PO Box 1000 – Unit 2
Crowley, CO 81034

_____
Secretary/Deputy Clerk